Case 3:07-cv-05103-MMC    Document 3-2    Filed 06/18/2008    Page 1 of 2

# EXHIBIT 1

**FILED**

**FOR PUBLICATION**

MAY 16 2008

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| RONALD HAYWARD, | No. 06-55392 |
|---|---|
| Petitioner - Appellant, | D.C. No. CV-05-07239-GAF(CT) |
| v. | |
| JOHN MARSHALL, California Men's Colony East, | ORDER |
| Respondent - Appellee. | |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.