IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL RICO,<br><br>               Petitioner,<br><br>    v.<br><br>BEN CURRY, Warden,<br><br>               Respondent. | C 07-5103 MMC<br><br>**[PROPOSED] ORDER** |

    The Court considered Respondent's Alternative Request for an Extension of Time, and good cause appearing,

    IT IS HEREBY ORDERED that Respondent's Request for an Extension of Time is **GRANTED**. Respondent shall file a responsive pleading within 30 days from the date of this Order. If Petitioner wishes to respond to the answer or motion, he shall file a traverse or opposition to the motion with the Court and serve it on Respondent within 30 days of his receipt of the response.

Dated: _____          _____
                                                                           The Honorable Maxine M. Chesney
                                                                                 United States District Judge