**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL RICO,                                        No. C 07-5103 MMC

           Petitioner,                          **ORDER GRANTING RESPONDENT'S**
**ALTERNATIVE REQUEST FOR**
  v.                                              **EXTENSION OF TIME**

BEN CURRY, Warden,

           Respondent.

_____/

      The Court has considered Respondent's Alternative Request for an Extension of

Time, and good cause appearing,

      IT IS HEREBY ORDERED that Respondent's Request for an Extension of Time is

GRANTED.  Respondent shall have an additional 30 days in which to file an answer or

motion, i.e., such answer or motion shall be due within 120 days of the filing of the Court's

Order to Show Cause.  If Petitioner wishes to respond to the answer or motion, he shall file a

traverse or opposition with the Court and serve it on Respondent within 30 days of the filing

of the answer or motion.

      This order is without prejudice to Respondent's seeking a further extension based on

later developments in connection with the appeal in <u>Hayward v. Marshall</u>.

      **IT IS SO ORDERED.**

Dated: June 19, 2008

_____
MAXINE M. CHESNEY
United States District Judge