Daniel Rico
H95412 F227
P.O. Box 689
Soledad, CA. 93960-0689

PETITIONER,
In Pro Per

FILED
08 AUG 14 PM 2:45
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DANIEL RICO** ) | Case No. C 07-5103 MMC |
| ) | |
| Petitioner, ) | **MOTION FOR EXTENSION** |
| ) | **OF TIME** |
| ) | |
| v. ) | |
| B. CURRY, Warden ) | |
| ) | |
| Respondent. ) | |
| ) | |

TO THE HONORABLE MAXINE M. CHESNEY:

   Daniel Rico, Petitioner in the above-entitled matter applies for a Motion for Extension of Time. On July 16, 2008, Respondent filed a Motion to Dismiss instead of an Answer in response to this Court's Order to Show Cause to Petitioner's Petition for Writ of Habeas Corpus. Petitioner's response to Respondent's motion is due August 15, 2008.

*Motion for Extension of Time*                                           *Rico v. Curry*

Page 1

1. Petitioner is a layman in the law and has used the assistance of fellow inmates in constructing his Habeas Corpus Writ. Having limited legal knowledge, and since Respondent filed a Motion to Dismiss instead of an answer, Petitioner requests an extension of at least 30 days from the Court's disposition of this motion in order to file an Opposition to Respondent's Motion to Dismiss and/or a Motion for Leave to Supplement the Record.

This application is made in good faith, for the reasons stated here and not for the purpose of delay.

Dated: August 12, 2008

Respectfully Submitted,

*[signature]*

Daniel Rico
PETITIONER
In Pro Per

*Motion for Extension of Time*                               *Rico v. Curry*

Page 2

**DECLARATION OF SERVICE BY MAIL**

Case Name:      **Rico v. Curry, et. al.**

No.:            **C 07-5103 MMC**

I, **Daniel Rico**, am a resident of the State of California, County of Monterey. I am over the age of 18 years, and I am a party to the within action. I am a resident of the Correctional Training Facility, in the county of Monterey, State of California. My prison address is Daniel Rico, H95412 F227, P.O. Box 689, Soledad, CA 93960-0689.

On **August 12, 2008**, I served the following:

**Motion for Extension of Time**

on the parties listed below by placing a true copy thereof enclosed in a sealed envelope with first class postage fully prepaid in the United States Mail at the hands of prison staff utilizing the system designated for legal mail at the Correctional Training Facility, Soledad, California, as per the Mailbox Rule (FRAP 4(c)(1)), addressed as follows:

Clerk of the U.S. District Court           Office of the Attorney General
Northern District of California            455 Golden Gate Avenue, Suite 11000
450 Golden Gate Avenue                     San Francisco, CA 94102-7004
San Francisco, CA 94102                    Attn: Stacey D. Schesser
**1 Copy of Motion sent**                  **1 Copy of Motion sent**

There is a regular service by the United States Postal Service between the place of mailing and the places so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this **Twelfth** day of **August, 2008**, at Soledad, California.

/S/ _____
    Declarant

Daniel Rico H95412
C.T.F. Rw-227
P.O. Box 689
Soledad, Ca 93960-0689

Clerk of the US. District
Court
Northern District of CA
450 Golden Gate Avenue
San Francisco, Ca 94102