IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL RICO,

        Petitioner,

  v.

BEN CURRY, Warden,

        Respondent.
                               /

No. CV-07-5103 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** The petition for a writ of habeas corpus is hereby DENIED. A certificate of appealability is hereby DENIED.

Dated: February 9, 2011

                                 Richard W. Wieking, Clerk

                                 By: Tracy Lucero
                                 Deputy Clerk